**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6226

AIMEE JOMAUR JACQUES,

              Petitioner - Appellant,

        v.

LORETTA K. KELLY, Warden,

              Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (7:09-cv-00493-JLK-MFU)

Submitted:  June 25, 2010              Decided:  July 8, 2010

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Aimee Jomaur Jacques, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aimee Jomaur Jacques seeks to appeal the district court's order dismissing his habeas petition without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Jacques seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Chao v. Rivendell Woods, Inc., 415 F.3d 342, 345 (4th Cir. 2005). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED